UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 11-00305 DMG (MANx)** | Date | February 8, 2011 |
|---|---|---|---|

| Title | ***Rolf Tillmann, et al. v. Bank of America Corporation, et al.*** | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER AND NOTICE TO ALL PARTIES**

On January 18, 2011, this Court ordered Defendant Bank of America Corporation ("BAC") to show cause (the "OSC") why this action should not be remanded for lack of jurisdiction because it was not evident to the Court that the parties are completely diverse. On January 25, 2011, BAC filed a response to the OSC.

In its response, BAC argues that removal was proper because there is complete diversity between the named parties, BAC and Plaintiffs Rolf Tillmann and Leslie Tillmann. BAC contends that CT Real Estate Services, Inc. ("CT") and James Agate ("Agate") are not parties to the instant action, but were instead inadvertently included in Plaintiffs' allegations, which, according to BAC, were taken from a complaint in a different case (the "unrelated matter"). If CT and Agate are, in fact, parties to this case, their California citizenship would defeat diversity.

On January 26, 2011, the Court requested further briefing from Plaintiffs to clarify whether CT and Agate are Defendants in this action and ordered Plaintiffs to file a supplemental brief on that issue by no later than February 2, 2011. As of the date of this Order, Plaintiffs have filed no response.

Nevertheless, while certain portions of Plaintiffs' complaint undoubtedly resemble allegations found in the complaint for the unrelated matter, the two complaints are not identical. Plaintiffs' complaint includes allegations specific to these Plaintiffs, including, for example, those naming Plaintiffs in paragraphs 16-17 and paragraph 194. (Compl. ¶¶ 16-17, 194.) Plaintiffs name CT and Agate as Defendants in this action in paragraphs 22 and 23 of their complaint. (Compl. ¶¶ 22-23.) As such, the Court cannot find that Plaintiffs' complaint was merely a "copycat" complaint, as Defendant urges, and instead, finds that the parties in this action are not completely diverse.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk   VRV |
|---|---|---|

| | | |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>CIVIL MINUTES—GENERAL | **JS-6** |
| Case No.   **CV 11-00305 DMG (MANx)** | | Date   February 8, 2011 |
| Title   *Rolf Tillmann, et al. v. Bank of America Corporation, et al.* | | Page   2 of 2 |

    In light of the foregoing, this action is hereby **REMANDED** to Los Angeles County Superior Court.

    **IT IS SO ORDERED.**